Case 1:17-cv-01170-GMS   Document 14   Filed 01/09/18   Page 1 of 1 PageID #: 57
Case 1:17-cv-01170-GMS   Document 13-1   Filed 01/04/18   Page 1 of 1 PageID #: 56

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SERENITIVA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ASPECT SOFTWARE, INC.,<br><br>    Defendant. | C.A. No. 17-01170-GMS<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Joint Motion to Dismiss with Prejudice of all claims asserted between plaintiff, Serenitiva LLC, and defendant, Aspect Software, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff, Serenitiva LLC, and defendant, Aspect Software, Inc., are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them. The clerk is directed to close the case.

SO ORDERED this 4th day of Jan, 2017.

_____
United States District Judge